**PROBABLE CAUSE AFFIDAVIT**
**Gregory Jerome PACE**

I, Sean Eitel, being duly sworn, depose and state that:

1. I have been a trooper for the Ohio State Highway Patrol since 2001. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2020. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. On or about 09/13/2015, Gregory Jerome PACE was sentenced for felony counts of Robbery (Criminal Case Number 15 CR 004695, Franklin County), in the Franklin County Common Pleas Court. Records from the case indicate that PACE acknowledged that the offenses to which he entered his guilty pleas were punishable by a term of imprisonment exceeding one-year.

3. On January 23, 2022, at approximately 2028 hours. Trooper, assigned to District 9 Criminal Patrol, Ohio State Highway Patrol (OSHP), was on US 36, stationary near MP 6. This location is in Jackson County, State of Ohio, Southern District. The trooper stated in his report, OTIS Case# 22 680002 0900 he observed a vehicle traveling at a slow speed and noted it appeared to be a rented vehicle. Trooper stated after observing two lane violations (driving over the fog line) the trooper activated his emergency lights to initiate traffic stop.

4. Trooper identified the driver as being Calvin Peaks and his front seat passenger was Gregory PACE both are residence of Columbus, Ohio. The trooper stated in his report, while talking to the individuals both seemed excessively nervous. When the trooper moved to the passenger window the presence of raw marijuana was smelled by the trooper.

5. The report states the trooper told Peaks why he was stopped. Peaks explained the car was a rental and showed the trooper a digital copy of the agreement from Peaks cell phone. The trooper stated in the report, Peaks hand was shaking, and he was breathing heavily. The trooper stated during the encounter with Peaks he noticed PACE would stair straight ahead avoiding eye contact with the trooper. The trooper stated PACE had a Styrofoam container of food up at his chest. He was also breathing heavily and barely able to speak. The trooper also noticed a backpack being stored under PACE's feet.

6. Both PACE and PEAKS were asked out of the vehicle, verbally advised of their constitutional rights, and secured while the trooper conducted a probable cause search of the vehicle. The trooper stated when he asked PACE about the bag, PACE told him it was in the car when he got in it. The trooper stated in the report when he was talking to PACE, the trooper smelled raw marijuana on his person.

7. During the probable cause search, the trooper observed a Smith & Wesson .38 caliber revolver in a front pocket of the backpack, located on the front seat passenger floorboard previously seen by the trooper, under the feet of PACE. The firearm had five rounds in the cylinder and three loose rounds in the pocket. Another trooper provided the serial number: CJN8077 to an OSHP dispatcher. The dispatcher advised the troopers the firearm was entered by Columbus Police

**PROBABLE CAUSE AFFIDAVIT**
**Gregory Jerome PACE**

Department (CPD) in NCIC as stolen. (CPD Report# 200073711) The trooper stated after completing the vehicle search, PACE told the trooper the firearm was his.

8. It was determined that the aforementioned Smith and Wesson 38 Special pistol seized from the backpack on or about January 23, 2022, was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

9. The aforementioned offense occurred in Jackson County, Ohio, in the Southern Judicial District of Ohio.

10. Based on this information, your affiant believes probable cause exists that PACE possessed a firearm after having been convicted of punishable by more than one-year incarceration, in violation of 18 U.S.C. 922(g).

ATF TFO Sean Eitel _/s/ SE TFO ATF_

Sworn to and subscribed before me this day of __June 27, 2022__, at __3:24pm__ Columbus, Ohio.

_/s/ Chelsey M. Vascura_
**U.S. MAGISTRATE JUDGE**